# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-MC-84-GCM

| | |
|---|---|
| TITLE 11 HOLDINGS, LLC, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| FIDELITY CAPITAL APPRECIATION ) | |
| FUND, ) | |
| BANK OF AMERICA, NA ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion. An evidentiary hearing is hereby scheduled for **February 5, 2008 at 10:00 a.m.** Plaintiff is directed to show such evidence that Defendant Bank of America is the successor in interest of National Westminster Bank, USA.

**IT IS SO ORDERED.**

Signed: January 28, 2008

Graham C. Mullen
United States District Judge